1  AARON ROBLAN, State Bar No. 244307
   aaron.roblan@ogletreedeakins.com
2  JOHN G. LEE, State Bar No. 238899
   john.lee@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:   (415) 442-4870
6
   Attorneys for Defendant
7  CARBIS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANTHONY DE BELLIS, an individual, | Case No. C 09-04532 CW |
| Plaintiff, | **ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION TO APRIL 21, 2010** |
| v. | |
| CARBIS, INC., a company of unknown formation, | Action Filed: August 7, 2009<br>Trial Date:    None Set |
| Defendant. | |

Proposed Order re Mediation Deadline

Case No. C 09-04532 CW

[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION TO APRIL 21, 2010

1  Counsel report that they have reached the following stipulation pursuant to Civil
2  L.R. 7-12 and ADR L.R. 6-5:
3  The parties agree that Defendant Carbis, Inc. should be afforded the opportunity to
4  first depose Plaintiff Anthony De Bellis in order to facilitate a more meaningful and
5  productive mediation. The previous deadline of March 22, 2010 to hold mediation is
6  vacated. The new deadline to hold mediation is April 21, 2010.
7  PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: February 23, 2010                    _____

UNITED STATES DISTRICT COURT JUDGE
CLAUDIA WILKEN

Proposed Order re
Mediation Deadline

2                    Case No. C 09-04532 CW
[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION TO APRIL 21, 2010