*E-Filed 4/21/10*

1  AARON ROBLAN, State Bar No. 244308
   aaron.roblan@ogletreedeakins.com
2  JOHN G. LEE, State Bar No. 238899
   john.lee@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  CARBIS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY DE BELLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CARBIS, INC., a company of unknown formation,<br><br>Defendant. | Case No. C 09-04532 RS<br><br>**[PROPOSED]** ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION<br><br>Action Filed:  August 7, 2009<br>Trial Date:     None Set |

8502251_1.DOC

Case No. C 09-04532 CW
[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION TO JULY 21, 2010

1       Counsel report that they have reached the following stipulation pursuant to Civil
2   L.R. 7-12 and ADR L.R. 6-5:
3       The parties agree that the current April 21, 2010 deadline to hold a mediation in this
4   matter is extended to July 21, 2010.
5       PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   April 21, 2010          _____

                                            UNITED STATES DISTRICT COURT JUDGE