*E-Filed 7/21/10*

1  AARON ROBLAN, State Bar No. 244307
   aaron.roblan@ogletreedeakins.com
2  JOHN G. LEE, State Bar No. 238899
   john.lee@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:   (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendant
7  CARBIS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANTHONY DE BELLIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARBIS, INC., a company of unknown formation,<br><br>　　　　　Defendant. | Case No. C 09-04532 RS<br><br>[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION TO SEPTEMBER 30, 2010<br><br>Action Filed:   August 7, 2009<br>Trial Date:     None Set |

1  Counsel report that they have reached the following stipulation pursuant to Civil L.R. 7-12
2  and ADR L.R. 6-5:
3  The parties agree that the deadline to complete mediation should be extended in light of the
4  fact the parties have been unable to informally resolve the matter or agree to a mediation date
5  before the current deadline of July 21, 2010.  The previous deadline of July 21, 2010 to hold
6  mediation is vacated.  The new deadline to hold mediation is September 30, 2010.
7  PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: July 21, 2010                    _____
                                                        UNITED STATES DISTRICT COURT JUDGE
                                                        RICHARD SEEBORG