UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANTHONY DE BELLIS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CARBIS, INC.,<br>　　　　Defendant.<br>_____/ | No. C 09-4532 RS<br><br>**ORDER GRANTING REQUEST FOR DEFENDANT CARBIS, INC.'S INSURER REPRESENTATIVE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　September 21, 2010<br>Mediator:　Daniel Bowling |

IT IS HEREBY ORDERED that the request for defendant Carbis, Inc.'s insurer representative to be excused from personally attending the September 21, 2010 mediation session before Daniel Bowling is GRANTED. The insurer representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 16, 2010　　　　By:　　　　_/s/ Elizabeth D. Laporte_
Dated　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　United States Magistrate Judge