*E-Filed 9/29/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTHONY DEBELLIS,  
           Plaintiffs,  
  v.  

CARBIS, INC.,  
           Defendants.  
_____/

No. C 09-04532 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 2, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 9, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

No. C 09-04532 RS  
STANDBY ORDER TO SHOW CAUSE

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 9/29/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE